EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE A. VIRGEN MAGDALENO, | § | |
| Individually and on Behalf of all | § | |
| Others Similarly Situated | § | |
| | § | |
| *Plaintiffs* | § | |
| | § | |
| vs. | § | Civil Action No. 4:12-CV-02862 |
| | § | |
| PCM CONSTRUCTION | § | |
| SERVICES, LLC, MIGUEL | § | |
| GUERRA AND DAWNA L. | § | |
| HOGAN-GUERRA | § | |
| *Defendants.* | § | |

## DEFENDANT'S SUPPLEMENT TO RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT PCM CONSTRUCTION SERVICES, LLC

To:  Plaintiffs, Jose A. Virgin-Magdaleno, individually and on behalf of all others similarly situated, by and through his attorney of record, Kennard Attorneys at Law, Alfonso Kennard, Jr., 5433 Westheimer, Suite 825, Houston, Texas 77056.

Defendant, PCM Construction Services, LLC, a North Carolina limited liability company, serves this Supplement to the Responses to Plaintiff's Request for Interrogatories sent on August 5, 2013.  Also, please find attached additional documents bates labeled "PCM000038 – PCM000055" and the signed/notarized Verification.

Respectfully submitted,

Prins Law Firm
4940 Broadway, Suite 108
San Antonio, TX 78209
(210) 820-0833
(210) 820-0929 fax

By:  _____
Todd A. Prins
State Bar No. 16330400
Ricardo A. Cuellar
State Bar No. 24069059
ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

A true and correct copy of Defendant's Supplement to Answers to Plaintiffs' First Set of Interrogatories has been forwarded by facsimile on the 27th day of August, 2013 to the following counsel of record:

KENNARD ATTORNEY AT LAW
Kennard, Blankenship & Robinson, P.C.
Alfonso Kennard, Jr.
5433 Westheimer Road, Suite 825
Houston, TX 77056
Telephone (713) 742-0900
Facsimile (713) 742-0951/ fax

Ricardo A. Cuellar

# FIRST SET OF INTERROGATORIES

**Defendant objects to Plaintiffs' request for interrogatories to the extent they exceed the permissible number of allowable interrogatories including subparts.**

**INTERROGATORY NO.1:**
Please describe in detail Defendant's business operations. In your description, please provide the following information; state who are the owners, directors and managers of the business; describe the type of business Defendant carries out and the work performed or services provided; state the number of people employed in the operations; identify the locations where Defendant's employees work; identify the buildings, vehicles, machinery, tools and equipment used in Defendant's operations; and identify who owns the buildings, vehicles, machinery, tools and equipment used in Defendant's operations.

**RESPONSE:**
**Defendant objects to the extent these requests exceed the allowable number of interrogatories permissible under the Federal Rules of Civil Procedure, including subparts. Further, the request is unreasonably cumulative, duplicative, and unduly burdensome. Defendant further object to the extent this request is overly broad and is not in compliance with the Federal Rules of Civil Procedure, which requires the request to specify the items to be produced or inspected, either by individual item or category, and describe with reasonable particularity each item and category. This request seeks a narrative response from the information that can be gleaned from the documents produced. This request, further, violates the Defendant's proprietary and privacy rights.**

**Subject to and without waiving the foregoing objections, please see attached document bates labeled PCM000033-PCM000037.**

**INTERROGATORY NO.2:**
Please provide the following information in regard to Plaintiffs' employment with you: dates of employment; location(s) where worked; rates of pay; job description; work schedule; dates of and reasons for any interruption to the Plaintiffs' employment; and the reason why each Plaintiff's employment with you ended.

**RESPONSE:**
**Defendant objects to the extent these requests exceed the allowable number of interrogatories permissible under the Federal Rules of Civil Procedure, including subparts. Further, the request is unreasonably cumulative, duplicative, and unduly burdensome. Defendant further object to the extent this request is overly broad and is not in compliance with the Federal Rules of Civil Procedure, which requires the request to specify the items to be produced or inspected, either by individual item or category, and describe with reasonable particularity each item and category. This request seeks a narrative response**

DEFENDANT'S SUPPLEMENT TO RESPONSES TO PLAINTIFF'S REQUEST FOR INTERROGATORIES
CAUSE NO. [4:12-CV-02862]

from the information that can be gleaned from the documents produced. This request, further, violates the Defendant's proprietary and privacy rights.

Subject to and without waving the foregoing objections, please see attached documents bates labeled PCM000001-PCM000032 & PCM00000038-00000055.

**INTERROGATORY NO.3:**
Please describe how you paid Plaintiffs. Include in your description, for each Plaintiff:

(a) the amount of each component of Plaintiffs' compensation, including regular pay, overtime pay, bonuses, commissions, and any other category of compensation paid to Plaintiffs during each workweek of the Relevant Time Period;

(b) the method(s) of calculating or determining each component of Plaintiffs' compensation, including overtime pay, if any, paid to Plaintiffs;

(c) the total number of hours Plaintiffs worked in each workweek;

(d) the total amount of compensation Defendant paid to Plaintiffs for each workweek;

(e) an identification of any documents reflecting payments made to Plaintiffs; and

(f) an identification of any documents you reviewed, created or referred to in answering this interrogatory is based, in whole or in part.

**RESPONSE:**
Defendant objects to the extent these requests exceed the allowable number of interrogatories permissible under the Federal Rules of Civil Procedure, including subparts. Further, the request is unreasonably cumulative, duplicative, and unduly burdensome. Defendant further object to the extent this request is overly broad and is not in compliance with the Federal Rules of Civil Procedure, which requires the request to specify the items to be produced or inspected, either by individual item or category, and describe with reasonable particularity each item and category. This request seeks a narrative response from the information that can be gleaned from the documents produced. This request, further, violates the Defendant's proprietary and privacy rights.

Subject to and without waving the foregoing objections, please see attached documents bates labeled PCM000001-PCM000032 & PCM00000038-00000055.

**INTERROGATORY NO.4:**
Identify all individuals responsible for determining:
(a) whether to hire or fire Plaintiffs;

(b) the amount of Plaintiffs' compensation; and

DEFENDANT'S SUPPLEMENT TO RESPONSES TO PLAINTIFF'S REQUEST FOR INTERROGATORIES
CAUSE NO. [4:12-CV-02862]

(b) Plaintiffs' work schedule.

**RESPONSE:**
Defendant objects to the extent these requests exceed the allowable number of interrogatories permissible under the Federal Rules of Civil Procedure, including subparts. Further, the request is unreasonably cumulative, duplicative, and unduly burdensome. This request is not relevant to the subject matter of the suit and will not lead to discovery of admissible evidence. The proposed discovery goes beyond the subject matter of the case and reasonable expectations of obtaining information that will aid resolution of the dispute. This request seeks a narrative response from the information that can be gleaned from the documents produced. This request, further, violates the Defendant's proprietary and privacy rights.

Subject to and without waving the foregoing objections;

Tulio Flores
PCM Construction Services, LLC
501 North Salem St., Suite 201
Apex, NC 27502
Phone: (919) 657-1746
Fax: (800) 974-4595

**INTERROGATORY NO.5:**
Describe how Defendant recorded and maintained records of the time worked by Plaintiffs. In your response, identify any person who was responsible for recording and/or maintaining those records and identify who reviewed those records before payment was issued to Plaintiffs.

**RESPONSE:**
Defendant objects to the extent these requests exceed the allowable number of interrogatories permissible under the Federal Rules of Civil Procedure, including subparts. Further, the request is unreasonably cumulative, duplicative, and unduly burdensome. Defendant further object to the extent this request is overly broad and is not in compliance with the Federal Rules of Civil Procedure, which requires the request to specify the items to be produced or inspected, either by individual item or category, and describe with reasonable particularity each item and category.

Subject to and without waiving the foregoing objections; The supervisor advised PCM weekly if an employee worked over 55 hours in a workweek. Name of Supervisor: Tulio Flores.

**INTERROGATORY NO. 6:**
Identify:

(a) All employees of Defendant during the Relevant Time Period;

(b) Each of Plaintiffs' immediate supervisors and/or managers; and

(c) Each person having supervisory or managerial authority over any individual identified in response to subpart (a) and (b) of this Interrogatory.

**RESPONSE:**
**Defendant objects to the extent these requests exceed the allowable number of interrogatories permissible under the Federal Rules of Civil Procedure, including subparts. Further, the request is unreasonably cumulative, duplicative, and unduly burdensome. Defendant further object to the extent this request is overly broad and is not in compliance with the Federal Rules of Civil Procedure, which requires the request to specify the items to be produced or inspected, either by individual item or category, and describe with reasonable particularity each item and category.**

**Subject to and without waiving the foregoing objections, please refer to the Employee List forwarded via facsimile to Plaintiff's counsel on August 16, 2013.**

**INTERROGATORY NO. 7:**
If you assert Defendant acted in "good faith" in compensating Plaintiffs, please describe the bases for such an assertion. Include:

(a) a description of the investigation, if any, you conducted in determining whether Defendant's method of paying minimum wage and overtime complied with the FLSA; and

(b) an identification of any documents you reviewed, created or referred to during any such investigation, including, without limitation whatsoever, any opinion letters from your attorney(s) from the Department of Labor or any correspondence or other communication between you and the Department of Labor.

**RESPONSE:**
**Defendant objects to the extent these requests exceed the allowable number of interrogatories permissible under the Federal Rules of Civil Procedure, including subparts. Further, the request is unreasonably cumulative, duplicative, and unduly burdensome. Defendant further object to the extent this request is overly broad and is not in compliance with the Federal Rules of Civil Procedure, which requires the request to specify the items to be produced or inspected, either by individual item or category, and describe with reasonable particularity each item and category.**

**Subject to and without waiving the foregoing objections; Yes, there was an independent investigation by the Department of Labor. Pursuant to the investigation, Plaintiffs were paid in accordance to the fluctuating workweek method of payment.**

DEFENDANT'S SUPPLEMENT TO RESPONSES TO PLAINTIFF'S REQUEST FOR INTERROGATORIES
CAUSE NO. [4:12-CV-02862]

**INTERROGATORY NO.8:**
Identify all witnesses Defendant intends to rely upon at trial.

**RESPONSE:**
1. Tulio Flores;
2. Defendants also reserve the right to supplement this request at any time.

**INTERROGATORY NO.9:**
Identify all individuals who Defendant believes may have knowledge regarding Defendant's pay and recordkeeping policies.

**RESPONSE:**
Defendant objects to the extent these requests exceed the allowable number of interrogatories permissible under the Federal Rules of Civil Procedure, including subparts. Further, the request is unreasonably cumulative, duplicative, and unduly burdensome. Defendant further object to the extent this request is overly broad and is not in compliance with rule the Federal Rules of Civil Procedure, which requires the request to specify the items to be produced or inspected, either by individual item or category, and describe with reasonable particularity each item and category.

Subject to and without waiving the foregoing objections;

1. Dawnna Hogan-Guerra; and
2. Miguel Guerra.

**INTERROGATORY NO. 10:**
For each lawsuit, investigation, or complaint that Defendant did not properly compensate or record the time worked by their employees, whether initiated by an employee or by a governmental agency during the last 5 years, describe the claims or charges, identify all documents exchanged in the matter, identify the charging or complaining party, and provide the case number.

**RESPONSE:**
Defendant objects to the extent these requests exceed the allowable number of interrogatories permissible under the Federal Rules of Civil Procedure, including subparts. Further, the request is unreasonably cumulative, duplicative, and unduly burdensome. Defendant further object to the extent this request is overly broad and is not in compliance with the Federal Rules of Civil Procedure, which requires the request to specify the items to be produced or inspected, either by individual item or category, and describe with reasonable particularity each item and category. Further, this request is not relevant to the subject matter of the suit and will not lead to discovery of admissible evidence. The proposed discovery goes beyond the subject matter of the case and reasonable expectations of obtaining information that will aid resolution of the dispute.

Subject to and without waiving the foregoing objections;

1. Case No. 4:11-cv-3480: In the Southern District of Texas Houston Division;
2. Case No. 3:12-cv-04057-L: In the Northern District of Texas Dallas Division; and
3. Case No. 3:11-cv-01426-M: In the Northern District of Texas Dallas Division.

**INTERROGATORY NO. 11:** Identify all bookkeepers or accountants used by Defendant during the relevant time period, including their name, address, phone number, business phone number, title or position, and include a brief description of the type of bookkeeping or accounting services they provided and the physical address where they performed such services.

**RESPONSE:**
**Defendant objects to the extent these requests exceed the allowable number of interrogatories permissible under the Federal Rules of Civil Procedure, including subparts. Further, the request is unreasonably cumulative, duplicative, and unduly burdensome. Defendant further object to the extent this request is overly broad and is not in compliance with the Federal Rules of Civil Procedure, which requires the request to specify the items to be produced or inspected, either by individual item or category, and describe with reasonable particularity each item and category. Further, this request is not relevant to the subject matter of the suit and will not lead to discovery of admissible evidence. The proposed discovery goes beyond the subject matter of the case and reasonable expectations of obtaining information that will aid resolution of the dispute.**

Subject to and without waiving the foregoing objections;

Dawnna Hogan-Guerra
PCM Construction Services, LLC
501 North Salem St., Suite 201
Apex, NC 27502
Phone: (919) 657-1746
Fax: (800) 974-4595
Payroll processing at North Salem address.

Wade Sutton
PCM Construction Services, LLC
501 North Salem St., Suite 201
Apex, NC 27502
Phone: (919) 657-1746
Fax: (800) 974-4595
Taxes at North Salem address.

**INTERROGATORY NO. 12:**
Identify each person on behalf of whom Defendant directly or indirectly provided compensation for employment services rendered during the years 2009, 2010, 2011 and 2012, including, but

not limited to, each person who loaded and unloaded construction debris onto trucks, each person who drove such constructed debris removal trucks or hauled collected debris from construction sites to local landfills for Defendant on a full-time, part-time and/or temporary basis. Please include their names, addresses, phone numbers, job positions, and job locations.

**RESPONSE:**
**Defendant objects to the extent these requests exceed the allowable number of interrogatories permissible under the Federal Rules of Civil Procedure, including subparts. Further, the request is unreasonably cumulative, duplicative, and unduly burdensome. Defendant further object to the extent this request is overly broad and is not in compliance with the Federal Rules of Civil Procedure, which requires the request to specify the items to be produced or inspected, either by individual item or category, and describe with reasonable particularity each item and category. Further, this request is not relevant to the subject matter of the suit and will not lead to discovery of admissible evidence. The proposed discovery goes beyond the subject matter of the case and reasonable expectations of obtaining information that will aid resolution of the dispute.**

**INTERROGATORY NO. 13:**
Describe the position(s) held by Miguel Guerra with PCM Construction Services, LLC and provide any job description(s) for that/those position(s); describe all activities Mr. Guerra performed for and on behalf of PCM; describe his regular work schedule; describe the legal and financial relationship between him and PCM; list Mr. Guerra's annual compensation from PCM during the years 2009, 2010, 2011, 2012 and 2013; and describe and identify interactions and communications between Miguel Guerra and each Plaintiff.

**RESPONSE:**
**Defendant objects to the extent these requests exceed the allowable number of interrogatories permissible under the Federal Rules of Civil Procedure, including subparts. Further, the request is unreasonably cumulative, duplicative, and unduly burdensome. Defendant further object to the extent this request is overly broad and is not in compliance with the Federal Rules of Civil Procedure, which requires the request to specify the items to be produced or inspected, either by individual item or category, and describe with reasonable particularity each item and category. Further, this request is not relevant to the subject matter of the suit and will not lead to discovery of admissible evidence. The proposed discovery goes beyond the subject matter of the case and reasonable expectations of obtaining information that will aid resolution of the dispute. This request, further, violates the Defendant's proprietary and privacy rights.**

**Subject to and without waiving the foregoing objections; Miguel Guerra holds a manager positing with PCM Construction Services, LLC.**

**INTERROGATORY NO. 14:**

Describe the position(s) held by Dawnna Hogan Guerra with PCM Construction Services, LLC and provide any job description(s) for that/those position(s); describe all activities Ms. Guerra performed for and on behalf of PCM; describe her regular work schedule; describe the legal and financial relationship between her and PCM; list Ms. Guerra's annual compensation from PCM during the years 2009, 2010, 2011, 2012 and 2013; and describe and identify interactions and communications between Dawnna Hogan Guerra and each Plaintiff.

**RESPONSE:**
**Defendant objects to the extent these requests exceed the allowable number of interrogatories permissible under the Federal Rules of Civil Procedure, including subparts. Further, the request is unreasonably cumulative, duplicative, and unduly burdensome. Defendant further object to the extent this request is overly broad and is not in compliance with the Federal Rules of Civil Procedure, which requires the request to specify the items to be produced or inspected, either by individual item or category, and describe with reasonable particularity each item and category. Further, this request is not relevant to the subject matter of the suit and will not lead to discovery of admissible evidence.    The proposed discovery goes beyond the subject matter of the case and reasonable expectations of obtaining information that will aid resolution of the dispute.    This request, further, violates the Defendant's proprietary and privacy rights.**

**Subject to and without waiving the foregoing objections; Dawnna Hogan-Guerra holds a manager position with PCM Construction Services, LLC.**

**INTERROGATORY NO. 15:**
State all reasons why Defendant claims that you do not owe some or all of the sums claimed by Plaintiffs in their Complaint and identify the facts to support the defenses listed in the Answer to the Complaint.

**RESPONSE:**
**Defendant objects to the extent these requests exceed the allowable number of interrogatories permissible under the Federal Rules of Civil Procedure, including subparts. Further, the request is unreasonably cumulative, duplicative, and unduly burdensome. Defendant further object to the extent this request is overly broad and is not in compliance the Federal Rules of Civil Procedure, which requires the request to specify the items to be produced or inspected, either by individual item or category, and describe with reasonable particularity each item and category. Further, this request is not relevant to the subject matter of the suit and will not lead to discovery of admissible evidence. The proposed discovery goes beyond the subject matter of the case and reasonable expectations of obtaining information that will aid resolution of the dispute. This request seeks a narrative response from the information that can be gleaned from the documents produced.**

**Subject to and without waiving the foregoing objections, Plaintiffs have been fully compensated for his services performed and time worked.**

DEFENDANT'S SUPPLEMENT TO RESPONSES TO PLAINTIFF'S REQUEST FOR INTERROGATORIES
CAUSE NO. [4:12-CV-02862]

**INTERROGATORY NO. 16:**
Identify the individuals answering or assisting in answering these Interrogatories and the documents consulted in answering the Interrogatories and/or that are relevant to the answers to these Interrogatories.

**RESPONSE:**
1. **Miguel Guerra**
2. **Dawnna Hogan-Guerra**
3. **Todd Prins, assisting with objections**

**INTERROGATORY NO. 17:**
List all real estate in which Defendant has an ownership interest providing the address of the property, the date the property was purchased, the purchase price, the name(s) and addresses of any and all purchaser(s), the name of all mortgage holders or holders of other encumbrances, the balance due on all mortgages or other encumbrances, the name and addresses of all tenants.

**RESPONSE:**
**Defendant objects to the extent these requests exceed the allowable number of interrogatories permissible under the Federal Rules of Civil Procedure, including subparts. Further, the request is unreasonably cumulative, duplicative, and unduly burdensome. This request is not relevant to the subject matter of the suit and will not lead to discovery of admissible evidence. The proposed discovery goes beyond the subject matter of the case and reasonable expectations of obtaining information that will aid resolution of the dispute. This request seeks a narrative response from the information that can be gleaned from the documents produced. This request, further, violates the Defendant's proprietary and privacy rights.**

**Subject to and without waiving the foregoing objections; none.**

**INTERROGATORY NO. 18:**
List all motor vehicles owned by Defendant providing the make, model and year of the vehicles, the license plate numbers, the vehicle identification number (EIN), the name and address of any lien holder(s) and the amount due on the lien(s).

**RESPONSE:**
**Defendant objects to the extent these requests exceed the allowable number of interrogatories permissible under the Federal Rules of Civil Procedure, including subparts. Further, the request is unreasonably cumulative, duplicative, and unduly burdensome. Defendant further object to the extent this request is overly broad and is not in compliance with the Federal Rules of Civil Procedure, which requires the request to specify the items to be produced or inspected, either by individual item or category, and describe with reasonable particularity each item and category. Further, this request is not relevant to the subject matter of the suit and will not lead to discovery of admissible evidence. The**

proposed discovery goes beyond the subject matter of the case and reasonable expectations of obtaining information that will aid resolution of the dispute.

| | | Copy D—For Employer. OMB No. 1545-0008 | | |
|---|---|---|---|---|
| **b** Employer identification number (EIN) 35-2054098 | | **1** Wages, tips, other compensation 5945.12 | | **2** Federal income tax withheld |
| **c** Employer's name, address, and ZIP code PCM CONSTRUCTION SERVICES, LLC 501 NORTH SALEM ST., SUITE 201 APEX, NC 27502 | | **3** Social security wages 5995.12 | | **4** Social security tax withheld 251.81 |
| | | **5** Medicare wages and tips 5995.12 | | **6** Medicare tax withheld 86.92 |
| | | **7** Social security tips | | **8** Allocated tips |
| **d** Control number 4Z-JOSEMAG | | **9** | | **10** Dependent care benefits |
| **e** Employer's name, address, and ZIP code JOSE A. VIRGEN ___ZENO | | **11** Nonqualified plans | | **12a** See instructions for box 12 |
| | | **13** Statutory employee    Retirement plan    Third-party sick pay | | **12b** |
| | | **14** Other | | **12c** |
| | | | | **12d** |
| **15** State   Employer's state ID number TX | **16** State wages, tips, etc. 5945.12 | **17** State income tax | **18** Local wages, tips, etc. | **19** Local income tax   **20** Locality name |

Form **W-2** Wage and Tax Statement

**2012**   38-2058303   Department of the Treasury—Internal Revenue Service

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

BW2ERD   NTF 25752/47

PCM000038

**22222**  Void ☐  | **a** Employee's social security number ███████ | For Official Use Only ▶  OMB No. 1545-0008

| | |
|---|---|
| **b** Employer identification number (EIN)  35-2054098 | **1** Wages, tips, other compensation  31220.80 · **2** Federal income tax withheld |
| **c** Employer's name, address, and ZIP code  PCM CONSTRUCTION SERVICES, LLC  501 NORTH SALEM ST., SUITE 201  APEX, NC 27502 | **3** Social security wages  31480.80 · **4** Social security tax withheld  1322.36 |
| | **5** Medicare wages and tips  31480.80 · **6** Medicare tax withheld  456.56 |
| | **7** Social security tips · **8** Allocated tips |
| **d** Control number  42-JOSEMAG | **9** · **10** Dependent care benefits |
| **e** Employee's first name and initial  JOSE A. VIRGEN   Last name  MAGDALENO   Suff. | **11** Nonqualified plans · **12a** See instructions for box 12 |
| ███████ | **13** Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☐ · **12b** |
| | **14** Other · **12c** |
| | · **12d** |
| **f** Employee's address and ZIP code | |

| **15** State  TX | Employer's state ID number | **16** State wages, tips, etc.  31220.80 | **17** State income tax | **18** Local wages, tips, etc. | **19** Local income tax | **20** Locality name |
|---|---|---|---|---|---|---|

Form **W-2** Wage and Tax Statement
Copy A For Social Security Administration — Send this entire page with
Form W-3 to the Social Security Administration; photocopies are not acceptable.

**2011**   38-2099803   Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction
Act Notice, see back of Copy D.

**Do Not Cut, Fold, or Staple Forms on This Page — Do Not Cut, Fold, or Staple Forms on This Page**

**22222**  Void ☐  | **a** Employee's social security number ███████ | For Official Use Only ▶  OMB No. 1545-0008

| | |
|---|---|
| **b** Employer identification number (EIN)  35-2054098 | **1** Wages, tips, other compensation  16265.51 · **2** Federal income tax withheld  802.77 |
| **c** Employer's name, address, and ZIP code  PCM CONSTRUCTION SERVICES, LLC  501 NORTH SALEM ST., SUITE 201  APEX, NC 27502 | **3** Social security wages  16265.51 · **4** Social security tax withheld  693.18 |
| | **5** Medicare wages and tips  16265.51 · **6** Medicare tax withheld  235.85 |
| | **7** Social security tips · **8** Allocated tips |
| **d** Control number  42-JOSEPER | **9** · **10** Dependent care benefits |
| **e** Employee's first name and initial  JOSE ISABEL   Last name  PEREZ   Suff. | **11** Nonqualified plans · **12a** See instructions for box 12 |
| ███████ | **13** Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☐ · **12b** |
| | **14** Other · **12c** |
| | · **12d** |
| **f** Employee's address and ZIP code | |

| **15** State  TX | Employer's state ID number | **16** State wages, tips, etc.  16265.51 | **17** State income tax | **18** Local wages, tips, etc. | **19** Local income tax | **20** Locality name |
|---|---|---|---|---|---|---|

Form **W-2** Wage and Tax Statement
Copy A For Social Security Administration — Send this entire page with
Form W-3 to the Social Security Administration; photocopies are not acceptable.

**2011**   38-2099803   Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction
Act Notice, see back of Copy D.

BW2FED                NTF 2575533

José A. Virgen Magdaleno

Acuso recibo de este documento. Yo entiendo las consecuencias de violar una política PCM.

2/15/13

**VIOLACIONES:** Si usted viola alguna política de la compañía, repollo de empleo o "Campo de trabajo" o corrente alguna de las infracciones restringidas abajo podrá aplicarse las siguientes medidas disciplinarias. Esta es una guía. Acción disciplinaria para decidirse por el supervisor.

| Violación | Primera Plática = Despido Inmediato del trabajador y el ayudante | Primera falta = Inmediata | Primera falta= advertencia y costo actual $500 de multa Primera falta = Despido | Primera falta= advertencia y $50 de multa Segunda falta=advertencia y $50 de multa Tercera falta=despido | Primera falta=advertencia Segunda falta=advertencia y $50 de multa Tercera falta=advertencia final y $50 de multa Cuarta falta= Despido |
|---|---|---|---|---|---|
| La violación de algunas política de la compañía, público en general o propietarios en detrimento de la firma, otro empleado, clientes, público en general o propietarios hasta dependiendo de la seriedad) | x | x | | | |
| Violar en la manera del cambio o colgando de negras de los baños | x | x | | | |
| Conducir un vehículo de la compañía sin una registración BVN de la firma autorizada | x | x | | | |
| Violar políticas sobre drogas | x | x | | | |
| Robos o hurtos de robo | x | x | | | |
| Posesión de arma | x | x | | | |
| Infracciones de tráfico | x | x | | | |
| Dejar el camión atascado en el lodo | x | x | | | |
| Causar daño a propiedades de PCM o a propiedades de terceras partes (ejemplos de esto puede ser daño de malas, ariscar la calle, dañar cálpedas, grifos de agua, buzones, líneas de drenajes, casas, aceras, orillas de la calle, herramientas de subcontratistas, derechos de propiedad) | x | x | | | |
| Auto incidentes | | | x | | |
| No tener puesto uniforme de seguridad (Cascos/uniforme de seguridad/protectores de visión/guantes) | | | | x | x |
| Conducir sin endoscopción de seguridad | | | | | |
| Ingresar a las infracciones de los clientes sin previa autorización | x | x | | x | x |
| Recolectar sobras/abanico y otros materiales para su propio beneficio | x | x | | x | |
| Cubrir a otras firmas de detención indicando hacia atrás | x | x | | x | |
| Sobrecargar un camión | x | x | | x | x |
| Utilizar un vehículo de la compañía para uso personal o llevando a esta persona distinta de la persona referente al camión está en situación | x | x | | x | x |
| Cumplir las normas del camión/fin de la | | | | | x |
| Colorado temporalmente de linea | | | | | |
| Descolocar las líneas de tráfico | x | x | | | |
| No asegurar las partes del camión | x | x | x | | |
| No dejar el freno de mano colocado cuando el camión está apagado (parqueado) | x | x | | | |
| No colocar luces detrás de la llanta cuando está parqueado de una pendiente | | | | | x |
| No presionar el freno apropiado cuando cargue la camionería del camión | | | | | x |
| Parquearse en medio del calle u otros lugares cuando no es | x | x | | | x |
| No cumplir con los obligaciones como fue instruido | x | x | | | x |
| Retraso | | | | | x |
| No llamar / No presentarse | x | x | | | x |
| Conducta vulgar o no profesional | x | | | | x |
| No registrar a tiempo la papelería requerida | | | | | x |
| No registrar un accidente u ofensa al día en que ocurrieron | x | | | | x |
| No registrar a otro empleado violando la política de la compañía | | | | | x |
| No abandonar el camión | | | | | x |
| No presentarse por usted mismo a la bodega de la fábrica | | | | | x |
| No vestir en forma apropiada | x | x | | | x |
| Reportar que la tarea será completa cuando no es así | | | | | x |
| No responder llamadas, textos o correos electrónicos de supervisores | | | | | x |
| Insubordinación | | | | | x |
| Utilizar vehículos o herramientas para un propósito diferente | x | x | | | x |
| No cerrar dentro de la casa o el punto | | | | | x |

PCM000040

WEEKLY REPORT

*(signature)*

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|
| 10-17-11 - | 10-18-11 - | 10-19-11 - | 10-20-11 - | 10-21-11 - | 10-22-11 |

Jose Armando Virgen Magdaleno

| 8 HRS | 8 | 8 | 10 | 8 | 6 |

PCM000041



| WEEK ENDING 11/18/11 | Saturday 11/12/11 | Monday 11/14/11 | Tuesday 11/15/11 | Wednesday 11/16/11 | Thursday 11/17/11 | Friday 11/18/11 | TOTAL: |
|---|---|---|---|---|---|---|---|
| Magdaleno Jose A. Virgen | 5 | 8 | 8 | 9 | 10 | 7 | 47 |

PCM000042



PCM000043

| | 12/19/2011 | 12/20/2011 | 12/21/2011 | 12/22/2011 | 12/23/2011 | 12/24/2011 | TOTAL |
|---|---|---|---|---|---|---|---|
| Magdaleno Jose A. Virgen | 8HRS | 7HRS | 8HRS | 9HRS | 8HRS | 5HRS | 47HRS |

PCM000044



| WEEK OF January 2, 2012 | | 1/2/2012 | 1/3/2012 | 1/4/2012 | 1/5/2012 | 1/6/2012 | 1/7/2012 | TOTAL: |
|---|---|---|---|---|---|---|---|---|
| Magdaleno Jose A. Virgen | | 8 | 8 | 10 | 9 | 8 | 5 | 48 |

# FLUCTUATING WORK WEEK HOURS

## HOUSTON SOUTH

JOSE A VIRGEN  MAGDALENO

| WEEK OF JANUARY 16, 2012 | Hours worked on 1/16/2012 | Hours worked on 1/17/12 | Hours worked on 1/18/12 | Hours worked on 1/19/12 | Hours worked on 1/20/12 | Hours worked on 1/21/12 | TOTAL HOURS WORKED: |
|---|---|---|---|---|---|---|---|
| | 8 | 8 | 8 | 9 | 9 | 5 | 47 |

I AGREE THAT THE HOURS LISTED ARE THE CORRECT AND TOTAL HOURS WORK FOR THE TIME PERIOD LISTED.

PCM000046

# FLUCTUATING WORK WEEK HOURS

## HOUSTON SOUTH

| WEEK OF JANUARY 23, 2012 | Hours worked on 1/23/12 | Hours worked on 1/24/12 | Hours worked on 1/25/12 | Hours worked on 1/26/12 | Hours worked on 1/27/12 | Hours worked on 1/28/12 | TOTAL HOURS WORKED: | I AGREE THAT THE HOURS LISTED ARE THE CORRECT AND TOTAL HOURS WORKED FOR THE TIME PERIOD LISTED. |
|---|---|---|---|---|---|---|---|---|
| Jose A. Virgen Magdaleno | 8 | 8 | 9 | 8 | 9 | 5 | 47 | |

PCM000047

# FLUCTUATING WORK WEEK HOURS

## HOUSTON - SOUTH

| WEEK OF FEBRUARY 8, 2012 | Hours worked on 2/8/12 | Hours worked on 2/9/12 | Hours worked on 2/10/12 | Hours worked on 2/9/12 | Hours worked on 2/10/12 | Hours worked on 2/14/12 | TOTAL HOURS WORKED: |
|---|---|---|---|---|---|---|---|
| | 8 | 8 | 9 | 9 | 9 | 5 | 48 |

Estoy de acuerdo que las horas reportadas son correctas, para no computen) para mi horas de almuerzo. No estuvo durmos ser/no deducidas sino en el tiempo de si trabajo. Estas son las horas laborables del periodo detallado.

Jose A Virgen

Magdaleno

# FLUCTUATING WORK WEEK HOURS

## HOUSTON - SOUTH

| WEEK OF FEBRUARY 20, 2012 | Hours worked on 2/13/12 | Hours worked on 2/14/12 | Hours worked on 2/15/12 | Hours worked on 2/16/12 | Hours worked on 2/17/12 | Hours worked on 2/19/12 | TOTAL HOURS WORKED: | Estoy de acuerdo que las horas reportadas con correctas, pero no cuentas para mi hora de almuerzo. Mi minutos diarios serán deducidas de mi tiempo de almuerzo. Estas son las horas laborales del periodo detallada. |
|---|---|---|---|---|---|---|---|---|
| Jose A Virgen | 9:75 - 4:HAS | 7:10 - 4:50 | 7 - 10:55 | 7 - 4:50 | 7 - 15:00 | 7 - 12:00 | 54.25 | |
| Magdleno | | | | | | | | |

# FLUCTUATING WORK WEEK HOURS

## HOUSTON - SOUTH

| WEEK OF | Hours worked on | Hours worked on | Hours worked on | Hours worked on | Hours worked on | Hours worked on | TOTAL HOURS WORKED: |
|---|---|---|---|---|---|---|---|
| | 2-20-12 | 2-21-12 | 2-22-12 | 2-23-12 | 2-24-12 | 2-25-12 | |

Jose A. Virgen

Maschioso

| | 7-5:00 | 7-10:55 | 7-11:50 | 7-5:00 | 9-4:50 | 7-5:00 |
|---|---|---|---|---|---|---|

Estoy de acuerdo que las horas reportadas con correctas, pero no cuentan para mi hora de almuerzo, 30 minutos diarios su tin deducidos de mi tiempo de almuerzo. Estas son las horas laboradas del periodo dia lido.

## FLUCTUATING WORK WEEK HOURS

### HOUSTON SOUTH

| | Hours worked on 3/5/12 | Hours worked on 3/6/12 | Hours worked on 3/7/12 | Hours worked on 3/8/12 | Hours worked on 3/9/12 | Hours worked on 3/10/12 | TOTAL HOURS WORKED: |
|---|---|---|---|---|---|---|---|
| WEEK OF MARCH 5, 2012 | 7 - 7:45 | 7 - 4:50 | 7 - 4:50 | 7 - 5:00 | 7 - 4:30 | 7 - 7:50 | 55.25 |

Estoy de acuerdo que las horas reportadas son correctas, pero no cuentan para mi hora de almuerzo. 30 minutos diarios que son deducidas de mi tiempo de almuerzo. Estas son las horas laborales del periodo detallada.

Jose A. Virgen    Mardiano

PCM000051

## FLUCTUATING WORK WEEK HOURS

### HOUSTON SOUTH

WEEK OF MARCH 12, 2012

| Hours worked on 3/12/12 | Hours worked on 3/13/12 | Hours worked on 3/14/12 | Hours worked on 3/15/12 | Hours worked on 3/16/12 | Hours worked on 3/17/12 | TOTAL HOURS | Estoy de acuerdo que las horas reportadas son correctas, pero no cuentan para mi hora de almuerzo. 30 minutos diarios serán deducidos de mi tiempo de almuerza. Estas son las horas laboradas del periodo |
|---|---|---|---|---|---|---|---|
| 12- 4:50 | 7 -4:55 | 3 - 5:00 | 3 - 4:50 | 3 - 4:55 | 3 -11:50 | | |

Jose A. Vielet

Ingeniero

**PERPETUAL HISTORY REPORT**

PCM CONSTRUCTION SERVICES, LLC 2012 Backup

*Checks Dated 10/17/11 Thru 12/30/12*
*Pay Period Ending Dates        Thru 12/31/99*

| CHECK NUMBER | CHECK DATE | PERIOD END DATE | GROSS WAGES | FEDERAL WITHHOLDING | FICA WITHHELD | MEDICARE WITHHELD | STATE WITHHOLDING | OTHER TAXES | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| DEPARTMENT NUMBER: 42 450 Houston | | | | | | | | | |
| EMPLOYEE NUMBER: JOSEMAG Magdaleno, Jose A. Vi | | | | | | | | | |
| 078586 | 10/20/11 | 10/14/11 | 605.40 | .00 | 25.43 | 8.78 | .00 | .00 | 571.19 |
| | | EC | DESCRIPTION | HOURS | RATE | AMOUNT | DC/TAX DESCRIPTION | | AMOUNT |
| | | 01 | Reg/Sal PR | 40.00 | 12.64 | 505.60 | | | |
| | | OT | Houston | 5.00 | 18.96 | 94.80 | | | |
| | | PH | Phone Reimbur | .00 | | 5.00 | | | |
| 078742 | 10/27/11 | 10/21/11 | 605.40 | .00 | 25.43 | 8.78 | .00 | .00 | 571.19 |
| | | EC | DESCRIPTION | HOURS | RATE | AMOUNT | DC/TAX DESCRIPTION | | AMOUNT |
| | | 01 | Reg/Sal PR | 40.00 | 12.64 | 505.60 | | | |
| | | OT | Houston | 5.00 | 18.96 | 94.80 | | | |
| | | PH | Phone Reimbur | .00 | | 5.00 | | | |
| 078886 | 11/03/11 | 10/28/11 | 605.40 | .00 | 25.43 | 8.78 | .00 | .00 | 571.19 |
| | | EC | DESCRIPTION | HOURS | RATE | AMOUNT | DC/TAX DESCRIPTION | | AMOUNT |
| | | 01 | Reg/Sal PR | 40.00 | 12.64 | 505.60 | | | |
| | | OT | Houston | 5.00 | 18.96 | 94.80 | | | |
| | | PH | Phone Reimbur | .00 | | 5.00 | | | |
| 079056 | 11/10/11 | 11/04/11 | 605.40 | .00 | 25.43 | 8.78 | .00 | .00 | 571.19 |
| | | EC | DESCRIPTION | HOURS | RATE | AMOUNT | DC/TAX DESCRIPTION | | AMOUNT |
| | | 01 | Reg/Sal PR | 40.00 | 12.64 | 505.60 | | | |
| | | OT | Houston | 5.00 | 18.96 | 94.80 | | | |
| | | PH | Phone Reimbur | .00 | | 5.00 | | | |
| 079195 | 11/17/11 | 11/11/11 | 605.40 | .00 | 25.43 | 8.78 | .00 | .00 | 571.19 |
| | | EC | DESCRIPTION | HOURS | RATE | AMOUNT | DC/TAX DESCRIPTION | | AMOUNT |
| | | 01 | Reg/Sal PR | 40.00 | 12.64 | 505.60 | | | |
| | | OT | Houston | 5.00 | 18.96 | 94.80 | | | |
| | | PH | Phone Reimbur | .00 | | 5.00 | | | |
| 079352 | 11/24/11 | 11/18/11 | 605.40 | .00 | 25.43 | 8.78 | .00 | .00 | 571.19 |
| | | EC | DESCRIPTION | HOURS | RATE | AMOUNT | DC/TAX DESCRIPTION | | AMOUNT |
| | | 01 | Reg/Sal PR | 40.00 | 12.64 | 505.60 | | | |
| | | OT | Houston | 5.00 | 18.96 | 94.80 | | | |
| | | PH | Phone Reimbur | .00 | | 5.00 | | | |
| 079493 | 12/01/11 | 11/25/11 | 605.40 | .00 | 25.43 | 8.78 | .00 | .00 | 571.19 |
| | | EC | DESCRIPTION | HOURS | RATE | AMOUNT | DC/TAX DESCRIPTION | | AMOUNT |
| | | 01 | Reg/Sal PR | 40.00 | 12.64 | 505.60 | | | |
| | | HH | Holiday-Hourl | 7.50 | 12.64 | 94.80 | | | |
| | | PH | Phone Reimbur | .00 | | 5.00 | | | |
| 079618 | 12/08/11 | 12/02/11 | 605.40 | .00 | 25.43 | 8.78 | .00 | .00 | 571.19 |
| | | EC | DESCRIPTION | HOURS | RATE | AMOUNT | DC/TAX DESCRIPTION | | AMOUNT |
| | | 01 | Reg/Sal PR | 40.00 | 12.64 | 505.60 | | | |
| | | OT | Houston | 5.00 | 18.96 | 94.80 | | | |
| | | PH | Phone Reimbur | .00 | | 5.00 | | | |
| 079766 | 12/15/11 | 12/09/11 | 605.40 | .00 | 25.43 | 8.78 | .00 | .00 | 571.19 |
| | | EC | DESCRIPTION | HOURS | RATE | AMOUNT | DC/TAX DESCRIPTION | | AMOUNT |
| | | 01 | Reg/Sal PR | 40.00 | 12.64 | 505.60 | | | |
| | | OT | Houston | 5.00 | 18.96 | 94.80 | | | |
| | | PH | Phone Reimbur | .00 | | 5.00 | | | |
| 079888 | 12/22/11 | 12/16/11 | 605.40 | .00 | 25.43 | 8.78 | .00 | .00 | 571.19 |
| | | EC | DESCRIPTION | HOURS | RATE | AMOUNT | DC/TAX DESCRIPTION | | AMOUNT |
| | | 01 | Reg/Sal PR | 40.00 | 12.64 | 505.60 | | | |
| | | OT | Houston | 5.00 | 18.96 | 94.80 | | | |
| | | PH | Phone Reimbur | .00 | | 5.00 | | | |
| 080028 | 12/29/11 | 12/23/11 | 605.40 | .00 | 25.43 | 8.78 | .00 | .00 | 571.19 |
| | | EC | DESCRIPTION | HOURS | RATE | AMOUNT | DC/TAX DESCRIPTION | | AMOUNT |
| | | 01 | Reg/Sal PR | 40.00 | 12.64 | 505.60 | | | |
| | | OT | Houston | 5.00 | 18.96 | 94.80 | | | |
| | | PH | Phone Reimbur | .00 | | 5.00 | | | |
| 080155 | 01/05/12 | 12/30/11 | 548.52 | .00 | 23.04 | 7.95 | .00 | .00 | 517.53 |

PCM000053

**PERPETUAL HISTORY REPORT**

PCM CONSTRUCTION SERVICES, LLC 2012 Backup

*Checks Dated 10/17/11 Thru 12/30/12*
*Pay Period Ending Dates         Thru 12/31/99*

| CHECK NUMBER | CHECK DATE | PERIOD END DATE | GROSS WAGES | FEDERAL WITHHOLDING | FICA WITHHELD | MEDICARE WITHHELD | STATE WITHHOLDING | OTHER TAXES | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|

DEPARTMENT NUMBER: 42  450 Houston

EMPLOYEE NUMBER: JOSEMAG  Magdaleno, Jose A. Vi

| | | | EC DESCRIPTION | HOURS | RATE | AMOUNT | DC/TAX DESCRIPTION | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | 01 Reg/Sal PR | 32.00 | 12.64 | 404.48 | | | |
| | | | OT Houston | 2.00 | 18.96 | 37.92 | | | |
| | | | PH Phone Reimbur | .00 | | 5.00 | | | |
| | | | HH Holiday-Hourl | 8.00 | 12.64 | 101.12 | | | |
| 080301 | 01/12/12 | 01/06/12 | 605.40 | .00 | 25.43 | 8.78 | DC/TAX .00 | .00 | 571.19 |
| | | | EC DESCRIPTION | HOURS | RATE | AMOUNT | DC/TAX DESCRIPTION | | AMOUNT |
| | | | 01 Reg/Sal PR | 40.00 | 12.64 | 505.60 | | | |
| | | | OT Houston | 5.00 | 18.96 | 94.80 | | | |
| | | | PH Phone Reimbur | .00 | | 5.00 | | | |
| 080420 | 01/19/12 | 01/13/12 | 605.40 | .00 | 25.43 | 8.78 | DC/TAX .00 | .00 | 571.19 |
| | | | EC DESCRIPTION | HOURS | RATE | AMOUNT | DC/TAX DESCRIPTION | | AMOUNT |
| | | | 01 Reg/Sal PR | 40.00 | 12.64 | 505.60 | | | |
| | | | OT Houston | 5.00 | 18.96 | 94.80 | | | |
| | | | PH Phone Reimbur | .00 | | 5.00 | | | |
| 080553 | 01/26/12 | 01/20/12 | 605.40 | .00 | 25.43 | 8.78 | DC/TAX .00 | .00 | 571.19 |
| | | | EC DESCRIPTION | HOURS | RATE | AMOUNT | DC/TAX DESCRIPTION | | AMOUNT |
| | | | 01 Reg/Sal PR | 40.00 | 12.64 | 505.60 | | | |
| | | | OT Houston | 5.00 | 18.96 | 94.80 | | | |
| | | | PH Phone Reimbur | .00 | | 5.00 | | | |
| 080691 | 02/02/12 | 01/27/12 | 605.40 | .00 | 25.43 | 8.78 | DC/TAX .00 | .00 | 571.19 |
| | | | EC DESCRIPTION | HOURS | RATE | AMOUNT | DC/TAX DESCRIPTION | | AMOUNT |
| | | | 01 Reg/Sal PR | 40.00 | 12.64 | 505.60 | | | |
| | | | OT Houston | 5.00 | 18.96 | 94.80 | | | |
| | | | PH Phone Reimbur | .00 | | 5.00 | | | |
| 080951 | 02/16/12 | 02/10/12 | 605.00 | .00 | 25.41 | 8.77 | DC/TAX .00 | .00 | 570.82 |
| | | | EC DESCRIPTION | HOURS | RATE | AMOUNT | DC/TAX DESCRIPTION | | AMOUNT |
| | | | 01 Reg/Sal PR | 40.00 | 13.20 | 528.00 | | | |
| | | | OT Houston | 15.00 | 4.80 | 72.00 | | | |
| | | | PH Phone Reimbur | .00 | | 5.00 | | | |
| 081084 | 02/23/12 | 02/17/12 | 605.00 | .00 | 25.41 | 8.77 | DC/TAX .00 | .00 | 570.82 |
| | | | EC DESCRIPTION | HOURS | RATE | AMOUNT | DC/TAX DESCRIPTION | | AMOUNT |
| | | | 01 Reg/Sal PR | 40.00 | 13.20 | 528.00 | | | |
| | | | OT Houston | 15.00 | 4.80 | 72.00 | | | |
| | | | PH Phone Reimbur | .00 | | 5.00 | | | |
| 081229 | 03/01/12 | 02/24/12 | 605.00 | .00 | 25.41 | 8.77 | DC/TAX .00 | .00 | 570.82 |
| | | | EC DESCRIPTION | HOURS | RATE | AMOUNT | DC/TAX DESCRIPTION | | AMOUNT |
| | | | 01 Reg/Sal PR | 40.00 | 13.20 | 528.00 | | | |
| | | | OT Houston | 15.00 | 4.80 | 72.00 | | | |
| | | | PH Phone Reimbur | .00 | | 5.00 | | | |
| 081364 | 03/08/12 | 03/02/12 | 605.00 | .00 | 25.41 | 8.77 | DC/TAX .00 | .00 | 570.82 |
| | | | EC DESCRIPTION | HOURS | RATE | AMOUNT | DC/TAX DESCRIPTION | | AMOUNT |
| | | | 01 Reg/Sal PR | 40.00 | 13.20 | 528.00 | | | |
| | | | OT Houston | 15.00 | 4.80 | 72.00 | | | |
| | | | PH Phone Reimbur | .00 | | 5.00 | | | |
| 081509 | 03/15/12 | 03/09/12 | 605.00 | .00 | 25.41 | 8.77 | DC/TAX .00 | .00 | 570.82 |
| | | | EC DESCRIPTION | HOURS | RATE | AMOUNT | DC/TAX DESCRIPTION | | AMOUNT |
| | | | 01 Reg/Sal PR | 40.00 | 13.20 | 528.00 | | | |
| | | | OT Houston | 15.00 | 4.80 | 72.00 | | | |
| | | | PH Phone Reimbur | .00 | | 5.00 | | | |
| EMPLOYEE JOSEMAG TOTAL: | | | 12,654.52 | .00 | 531.54 | 183.50 | DC/TAX .00 | .00 | 11,939.48 |
| | | | EC DESCRIPTION | HOURS | RATE | AMOUNT | DC/TAX DESCRIPTION | | AMOUNT |
| | | | 01 Reg/Sal PR | 832.00 | 12.77 | 10,628.48 | | | |
| | | | HH Holiday-Hourl | 15.50 | 12.64 | 195.92 | | | |
| | | | OT Houston | 147.00 | 11.74 | 1,725.12 | | | |
| | | | PH Phone Reimbur | .00 | | 105.00 | | | |

PCM000054

**PERPETUAL HISTORY REPORT**

**PCM CONSTRUCTION SERVICES, LLC 2012 Backup**

Checks Dated 10/17/11 Thru 12/30/12
Pay Period Ending Dates          Thru 12/31/99

| CHECK NUMBER | CHECK DATE | PERIOD END DATE | GROSS WAGES | FEDERAL WITHHOLDING | FICA WITHHELD | MEDICARE WITHHELD | STATE WITHHOLDING | OTHER TAXES | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| DEPARTMENT NUMBER: 42 450 Houston | | | | | | | | | |
| DEPARTMENT 42 TOTAL: | | | 12,654.52 | .00 | 531.54 | 183.50 | | .00 | 11,939.48 |
| | | EC | DESCRIPTION | HOURS | RATE | AMOUNT | DC/TAX | DESCRIPTION | AMOUNT |
| | | 01 | Reg/Sal PR | 832.00 | 12.77 | 10,628.48 | | | |
| | | HH | Holiday-Hourl | 15.50 | 12.64 | 195.92 | | | |
| | | OT | Houston | 147.00 | 11.74 | 1,725.12 | | | |
| | | PH | Phone Reimbur | .00 | | 105.00 | | | |
| REPORT TOTAL: | | | 12,654.52 | .00 | 531.54 | 183.50 | | .00 | 11,939.48 |
| | | EC | DESCRIPTION | HOURS | RATE | AMOUNT | DC/TAX | DESCRIPTION | AMOUNT |
| | | 01 | Reg/Sal PR | 832.00 | 12.77 | 10,628.48 | | | |
| | | HH | Holiday-Hourl | 15.50 | 12.64 | 195.92 | | | |
| | | OT | Houston | 147.00 | 11.74 | 1,725.12 | | | |
| | | PH | Phone Reimbur | .00 | | 105.00 | | | |

<u>VERIFICATION</u>

STATE OF __NC__      §

COUNTY OF __Wake__    §

    I, MIGUEL GUERRA, AS AUTHORIZED REPRESENTATIVE OF PCM CONSTRUCTION SERVICES, LLC, AND WITH PERSONAL KNOWLEDGE OF ALL THE FACTS LISTED IN RESPONSE TO ALL OF THE ABOVE AND FOREGOING INTERROGATORIES, DO HEREBY AFFIRM THAT THE ANSWERS TO ALL OF SAID INTERROGATORIES ARE TRUE AND CORRECT TO THE BEST OF MY PERSONAL AND PROFESSIONAL KNOWLEDGE.

Miguel Guerra

The foregoing instrument was acknowledged before me on this 23 day of August, 2013, by Miguel Guerra, who is personally known to me.

Signature of Notary Public

NIMISHA G KHARVA
Printed Name of Notary Public

11-13-2016
Commission number and expiration date