# EXHIBIT F

## Lakshmi Ramakrishnan

**From:** Lakshmi Ramakrishnan
**Sent:** Friday, November 08, 2013 3:10 PM
**To:** Todd Prins (taprins@prinslaw.com)
**Cc:** Amanda Hernandez; Alfonso Kennard
**Subject:** Magdaleno v. PCM Construction

Dear Todd,

While we remain optimistic that the Magdaleno v. PCM Construction case may settle, we note that the discovery cut-off (pursuant to our agreement to extend the original deadlines) is November 19th. As such, we need to take Miguel Guerra's deposition as soon as possible. I am writing to see whether you and your client would be available for his deposition here in Houston or San Antonio on Tuesday, November 19th. Alternatively, if you would permit the deposition after the discovery cut-off we are available other days in that week.

Please let me know your availability and preferences as soon as possible, and we will issue the deposition notice.

Kind Regards,

**Lakshmi Ramakrishnan | Attorney**
Main: 713.742.0900 | Fax: 713.742.0951
Lakshmi.Ram@kennardlaw.com



**Kennard, Blankenship & Robinson, P.C.**
5433 Westheimer | Suite 825 | Houston, Texas 77056
Main: 713.742.0900 | Toll Free: 855.KENNLAW | www.kennardlaw.com

 *Please consider the environment before printing this email.*

**I.R.S. Circular 230 Disclosure:** As required by United States Treasury Regulations, you should be aware that this communication is not intended or written by the sender to be used, and it cannot be used, by any recipient for the purpose of avoiding penalties that may be imposed on the recipient under United States federal tax laws.

**Confidentiality Statement:** Furthermore, the information contained in this E-mail is legally privileged and confidential information which is intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this message is strictly prohibited. Therefore, if you have received this communication in error, please notify me immediately by telephone at 713.742.0906 and delete the misdirected message from your system. Thank you for your attention to this subject matter stated herein.

## Amanda Hernandez

**From:** Todd A. Prins <taprins@prinslaw.com>
**Sent:** Wednesday, December 04, 2013 3:19 PM
**To:** Alfonso Kennard; Lakshmi Ramakrishnan
**Cc:** Patricia Tamez; Amanda Hernandez
**Subject:** RE: Magdaleno v. PCM Construction

All:

While we will agree to do a deposition in Houston, our pulling of all the files for the additional "opt ins" indicates that 21 of the 28 have arbitration agreements that they signed off on. With that being the case, PCM is requesting us to move forward with filing for arbitration pursuant to those agreements. We need to file a Motion with the Court as was previously done in the Dallas matter.

Thanks,

Todd A. Prins
Prins Law Firm
4940 Broadway, Ste. 108
San Antonio, TX 78209
210-820-0833
210-820-0929 fax
www.prinslaw.com

CONFIDENTIALITY NOTICE: The materials enclosed with this email transmission are private and confidential. The information contained in the material is privileged and is intended only for the use of the individual(s) or entity(ies) named above. If you are not the intended recipient, be advised that unauthorized use, disclosure, copying, distribution or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email transmission in error, please immediately notify us by telephone to arrange for return of the forwarded documents to us.

IRS CIRCULAR 230 DISCLOSURE: Any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

**From:** Alfonso Kennard [mailto:alfonso.kennard@kennardlaw.com]
**Sent:** Monday, December 02, 2013 11:00 PM
**To:** Lakshmi Ramakrishnan; Todd A. Prins
**Cc:** Patricia Tamez; Amanda Hernandez
**Subject:** RE: Magdaleno v. PCM Construction

Also, please confirm that the deposition will take place in Houston as that is where we intend to notice it. Is there a certain office you would like to use—we are happy to use ours. Forgive me if you have already established this. Thanks.

**Alfonso Kennard, Jr.** | Bio
Direct: 713.742.0906 | Fax: 713.742.0951
alfonso.kennard@kennardlaw.com



1

**Cc:** Alfonso Kennard; Patricia Tamez; Rhonda Herbert
**Subject:** RE: Magdaleno v. PCM Construction

I approve.

Thanks,

Todd A. Prins
Prins Law Firm
4940 Broadway, Ste. 108
San Antonio, TX 78209
210-820-0833
210-820-0929 fax
www.prinslaw.com

CONFIDENTIALITY NOTICE:  The materials enclosed with this email transmission are private and confidential.  The information contained in the material is privileged and is intended only for the use of the individual(s) or entity(ies) named above.  If you are not the intended recipient, be advised that unauthorized use, disclosure, copying, distribution or the taking of any action in reliance on the contents of this emailed information is strictly prohibited.  If you have received this email transmission in error, please immediately notify us by telephone to arrange for return of the forwarded documents to us.

IRS CIRCULAR 230 DISCLOSURE: Any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

---

**From:** Amanda Hernandez [mailto:Amanda.Hernandez@kennardlaw.com]
**Sent:** Wednesday, November 27, 2013 12:10 PM
**To:** Todd A. Prins; Lakshmi Ramakrishnan
**Cc:** Alfonso Kennard; Patricia Tamez; Rhonda Herbert
**Subject:** RE: Magdaleno v. PCM Construction

Todd:

Please see the attached Motion to extend.  If everything looks fine to you, we will go ahead and file.

Thanks,

**Amanda C. Hernandez|** Attorney at Law
Main: 713.742.0900 | Fax: 713.742.0951
Amanda.Hernandez@kennardlaw.com



**Kennard, Blankenship & Robinson, P.C.**
5433 Westheimer Road | Suite 825 | Houston, Texas 77056
Main: 713.742.0900 | Toll Free: 855.KENNLAW | www.kennardlaw.com

 *Please consider the environment before printing this email.*

---

I.R.S. Circular 230 Disclosure: As required by United States Treasury Regulations, you should be aware that this communication is not intended or written by the sender to be used, and it cannot be used, by any recipient for the purpose of avoiding penalties that may be imposed on the recipient under United States federal tax laws.

3

**Kennard, Blankenship & Robinson, P.C.**
5433 Westheimer | Suite 825 | Houston, Texas 77056
Main: 713.742.0900 | Toll Free: 855.KENNLAW | www.kennardlaw.com


Labor & Employment Law

 Please consider the environment before printing this email.

I.R.S. Circular 230 Disclosure: As required by United States Treasury Regulations, you should be aware that this communication is not intended or written by the sender to be used, and it cannot be used, by any recipient for the purpose of avoiding penalties that may be imposed on the recipient under United States federal tax laws.

Confidentiality Statement: Furthermore, the information contained in this E-mail is legally privileged and confidential information which is intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this message is strictly prohibited. Therefore, if you have received this communication in error, please notify me immediately by telephone at 713.742.0906 and delete the misdirected message from your system. Thank you for your attention to this subject matter stated herein.

---

**From:** Lakshmi Ramakrishnan
**Sent:** Monday, December 02, 2013 11:57 AM
**To:** Todd A. Prins
**Cc:** Alfonso Kennard; Patricia Tamez; Amanda Hernandez
**Subject:** RE: Magdaleno v. PCM Construction

Dear Todd,

In light of the Court's Order granting our Motion to Extend Deadlines (see attached), please provide us with dates between December 9- 19 on which we may take your client's deposition.

Kind Regards,

**Lakshmi Ramakrishnan** | Attorney
Main: 713.742.0900 | Fax: 713.742.0951
Lakshmi.Ram@kennardlaw.com



**Kennard, Blankenship & Robinson, P.C.**
5433 Westheimer | Suite 825 | Houston, Texas 77056
Main: 713.742.0900 | Toll Free: 855.KENNLAW | www.kennardlaw.com

 Please consider the environment before printing this email.

I.R.S. Circular 230 Disclosure: As required by United States Treasury Regulations, you should be aware that this communication is not intended or written by the sender to be used, and it cannot be used, by any recipient for the purpose of avoiding penalties that may be imposed on the recipient under United States federal tax laws.

Confidentiality Statement: Furthermore, the information contained in this E-mail is legally privileged and confidential information which is intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this message is strictly prohibited. Therefore, if you have received this communication in error, please notify me immediately by telephone at 713.742.0906 and delete the misdirected message from your system. Thank you for your attention to this subject matter stated herein.

---

**From:** Todd A. Prins [mailto:taprins@prinslaw.com]
**Sent:** Wednesday, November 27, 2013 2:32 PM
**To:** Amanda Hernandez; Lakshmi Ramakrishnan

Confidentiality Statement: Furthermore, the information contained in this E-mail is legally privileged and confidential information which is intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this message is strictly prohibited. Therefore, if you have received this communication in error, please notify me immediately by telephone at 713.742.0906 and delete the misdirected message from your system. Thank you for your attention to this subject matter stated herein.

**From:** Todd A. Prins [mailto:taprins@prinslaw.com]
**Sent:** Wednesday, November 27, 2013 9:20 AM
**To:** Lakshmi Ramakrishnan
**Cc:** Amanda Hernandez; Alfonso Kennard; Patricia Tamez
**Subject:** RE: Magdaleno v. PCM Construction

I agree to extend the deadlines and will have Trish get some depo dates. Also, I would still like to talk settlement. My clients are trying to put together funding to get something done. It is taking longer than they had hoped, but indicated to me that they want to try to settle.

Thanks,

Todd A. Prins
Prins Law Firm
4940 Broadway, Ste. 108
San Antonio, TX 78209
210-820-0833
210-820-0929 fax
www.prinslaw.com

CONFIDENTIALITY NOTICE: The materials enclosed with this email transmission are private and confidential. The information contained in the material is privileged and is intended only for the use of the individual(s) or entity(ies) named above. If you are not the intended recipient, be advised that unauthorized use, disclosure, copying, distribution or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email transmission in error, please immediately notify us by telephone to arrange for return of the forwarded documents to us.

IRS CIRCULAR 230 DISCLOSURE: Any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

**From:** Lakshmi Ramakrishnan [mailto:lakshmi.ram@kennardlaw.com]
**Sent:** Tuesday, November 26, 2013 4:26 PM
**To:** Todd A. Prins
**Cc:** Amanda Hernandez; Alfonso Kennard; Patricia Tamez
**Subject:** RE: Magdaleno v. PCM Construction
**Importance:** High

Dear Todd,

I tried to call you earlier today, but you were unavailable. We are a concerned about the deadlines in this case – December 10 (Motions Cut Off) and December 31, 2013 (Joint Pre-trial Order and Motions in Limine Deadline). Docket call is now set for January 9th. As you know we are well past the discovery cut-off but still need to take Mr. Guerra's deposition. We wonder whether it would be prudent to file another Agreed Motion to Extend Deadlines in this case to extend the remaining deadlines by 30 days each. Would you agree to that? Regardless, we still need to know your client's availability for his deposition as soon as possible. If you are not able to provide dates, we may have no choice but to just Notice the deposition for a date next week in your office in San Antonio.

Lastly, I understand that your client did not accept the mediator's proposal to settle this matter, do you think any further settlement conversations would be fruitful?

Kind Regards,

**Lakshmi Ramakrishnan | Attorney**
Main: 713.742.0900 | Fax: 713.742.0951
Lakshmi.Ram@kennardlaw.com



**Kennard, Blankenship & Robinson, P.C.**
5433 Westheimer | Suite 825 | Houston, Texas 77056
Main: 713.742.0900 | Toll Free: 855.KENNLAW | www.kennardlaw.com

 *Please consider the environment before printing this email.*

**I.R.S. Circular 230 Disclosure:** As required by United States Treasury Regulations, you should be aware that this communication is not intended or written by the sender to be used, and it cannot be used, by any recipient for the purpose of avoiding penalties that may be imposed on the recipient under United States federal tax laws.

**Confidentiality Statement:** Furthermore, the information contained in this E-mail is legally privileged and confidential information which is intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this message is strictly prohibited. Therefore, if you have received this communication in error, please notify me immediately by telephone at 713.742.0906 and delete the misdirected message from your system. Thank you for your attention to this subject matter stated herein.

---

**From:** Todd A. Prins [mailto:taprins@prinslaw.com]
**Sent:** Wednesday, November 20, 2013 5:17 PM
**To:** Lakshmi Ramakrishnan
**Cc:** Amanda Hernandez; Alfonso Kennard; Patricia Tamez
**Subject:** RE: Magdaleno v. PCM Construction

Hi there. I just got back in. He was wanting to meet with me tonight to go over settlement and scheduling his depo, but I've got clients in from out of town prepping for an injunction hearing tomorrow. If we do it in San Antonio, I can be very flexible and have someone present him if I'm not available. Also, I have Ricardo working on supplementing. I know next week is bad for everyone with the holiday, but I'll get dates from him next week and the week of the 2nd.

Thanks,

Todd A. Prins
Prins Law Firm
4940 Broadway, Ste. 108
San Antonio, TX 78209
210-820-0833
210-820-0929 fax
www.prinslaw.com

CONFIDENTIALITY NOTICE: The materials enclosed with this email transmission are private and confidential. The information contained in the material is privileged and is intended only for the use of the individual(s) or entity(ies) named above. If you are not the intended recipient, be advised that unauthorized use, disclosure, copying, distribution or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email transmission in error, please immediately notify us by telephone to arrange for return of the forwarded documents to us.

IRS CIRCULAR 230 DISCLOSURE: Any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

5

**From:** Lakshmi Ramakrishnan [mailto:lakshmi.ram@kennardlaw.com]
**Sent:** Wednesday, November 20, 2013 5:07 PM
**To:** Todd A. Prins
**Cc:** Amanda Hernandez; Alfonso Kennard; Patricia Tamez
**Subject:** RE: Magdaleno v. PCM Construction
**Importance:** High

Dear Todd,

Did you have a chance to review my letter from last week? I have attached it again. In particular, could you please address when and where we may be able to take Mr. Guerra's deposition as soon as possible?

Kind Regards,


**Lakshmi Ramakrishnan | Attorney**
Main: 713.742.0900 | Fax: 713.742.0951
Lakshmi.Ram@kennardlaw.com



**Kennard, Blankenship & Robinson, P.C.**
5433 Westheimer | Suite 825 | Houston, Texas 77056
Main: 713.742.0900 | Toll Free: 855.KENNLAW | www.kennardlaw.com

 *Please consider the environment before printing this email.*

**I.R.S. Circular 230 Disclosure:** As required by United States Treasury Regulations, you should be aware that this communication is not intended or written by the sender to be used, and it cannot be used, by any recipient for the purpose of avoiding penalties that may be imposed on the recipient under United States federal tax laws.

**Confidentiality Statement:** Furthermore, the information contained in this E-mail is legally privileged and confidential information which is intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this message is strictly prohibited. Therefore, if you have received this communication in error, please notify me immediately by telephone at 713.742.0906 and delete the misdirected message from your system. Thank you for your attention to this subject matter stated herein.


**From:** Lakshmi Ramakrishnan
**Sent:** Friday, November 15, 2013 5:11 PM
**To:** Todd A. Prins
**Cc:** Amanda Hernandez; Alfonso Kennard; Patricia Tamez
**Subject:** RE: Magdaleno v. PCM Construction

Dear Todd,

Attached please find correspondence regarding depositions and discovery in this matter. We look forward to your response.

Kind Regards,

**Lakshmi Ramakrishnan | Attorney**
Main: 713.742.0900 | Fax: 713.742.0951
Lakshmi.Ram@kennardlaw.com