IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE A. VIRGEN MAGDALENO, Individually and on Behalf of all Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § § § | CIVIL ACTION NO. 4:12-cv-02862 |
| PCM CONSTRUCTION SERVICES, LLC, MIGUEL GUERRA AND DAWNNA L. HOGAN-GUERRA | § § § § § | JURY DEMANDED |
| Defendants. | § § | |

**ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DISCOVERY AND MOTION TO EXTEND DISPOSITIVE MOTIONS DEADLINE**

After considering Plaintiffs' Motion to Compel Discovery and Motion to Extend Dispositive Motions Deadline, the Court hereby,

GRANTS this Motion and ORDERS Defendant, PCM Construction Services, to supplement its discovery responses within seven (7) days of this signing of this Order. The Court further,

GRANTS this Motion and ORDERS Defendant, Miguel Guerra, to appear for a deposition within ten (10) days of the signing of this Order. Further, the Court,

GRANTS the extension of the deadline to file pre-trial motions by thirty (30) days after the deadline by which Defendants are ordered to produce discovery further. Lastly, the Court,

GRANTS the extension of the deadline to file the Joint Pre-Trial Order and Motions in Limine by twenty-one (21) days after the Pre-Trial Motions deadline.

SIGNED on _____, 2013.

_____
United States District Judge