# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE A. VIRGEN MAGDALENO, Individually and on Behalf of all Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:12-cv-02862 |
| PCM CONSTRUCTION SERVICES, LLC, MIGUEL GUERRA AND DAWNNA L. HOGAN-GUERRA | § § § § § § | JURY DEMANDED |
| Defendants. | § | |

**ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL AND MOTION FOR SANCTIONS**

After considering Plaintiffs' Motion to Compel and Motion for Sanctions, Defendants' Response, and the arguments of counsel, the Court finds that Plaintiffs' Motion is meritorious. Therefore, the Court **GRANTS** Plaintiffs' Motion to Compel and Motion for Sanctions and:

**ORDERS** that Defendant Guerra is to participate in good-faith at a second deposition;

**ORDERS** Defendants to respond to pending discovery requests; and

**ORDERS** the following monetary sanctions:

Costs: $19792.15 (to be paid by Defendants).

It is so ORDERED.

Signed this _____ day of February 2014.

_____
UNITED STATES DISTRICT JUDGE