# EXHIBIT A

CERTIFICATE OF NONAPPEARANCE

1          IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS
2               HOUSTON DIVISION

3   JOSE A. VIRGEN MAGDALENO,     )
    Individually and on Behalf    )
4   of all Others Similarly       )
    Situated,                     )
5                                 )
            Plaintiff,            )  CIVIL ACTION NO.
6                                 )  4:12-cv-02862
    v.                            )
7                                 )
    PCM CONSTRUCTION SERVICES,    )
8   LLC, MIGUEL GUERRA AND        )
    DAWNNA L. HOGAN-GUERRA,       )
9                                 )
            Defendants.           )
10

11

12        * * * * * * * * * * * * * * * * * * * * * * * * *

13            CERTIFICATE OF NONAPPEARANCE

14             FOR THE DEPOSITION OF

15                MIGUEL GUERRA

16              DECEMBER 19, 2013

17        * * * * * * * * * * * * * * * * * * * * * * * * *

18

19

20

21

22

23

24

25

```
 1              A P P E A R A N C E S

 2

 3   ATTORNEY FOR PLAINTIFF:

 4       Ms. Lakshmi Ramakrishnan
         KENNARD BLANKENSHIP & ROBINSON, P.C.
 5       5433 Westheimer Road
         Suite 825
 6       Houston, Texas  77056
         (713)742-0900     (713)742-0951 Facsimile
 7       lakshmi.ram@kennardlaw.com

 8

 9                       *  *  *  *  *

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

CERTIFICATE OF NONAPPEARANCE

1                           EXHIBIT INDEX

2     Number          Description                    Page Marked

3     Exhibit 1       Plaintiffs' Notice of Intention        4
                      to Take the Oral Deposition of
4                     Miguel Guerra

5

6                           *   *   *   *   *

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATE OF NONAPPEARANCE

1          I, Patricia L. Fairley, a Certified Shorthand

2   Reporter in and for the State of Texas, certify:

3          That I appeared at the offices of Kennard

4   Blankenship & Robinson, P.C., 5433 Westheimer Road,

5   Suite 825, Houston, Texas, on the 19th day of December,

6   2013, to report the deposition of MIGUEL GUERRA pursuant

7   to Notice, scheduled for 9:30 a.m.

8          That by 12:00 p.m. MIGUEL GUERRA had not appeared

9   for his deposition.  Present for the deposition was

10  Ms. Lakshmi Ramakrishnan, Attorney for Plaintiff.

11          I further certify that I am neither employed nor

12  related to any attorney or party in this matter and have

13  no interest, financial or otherwise, in its outcome.

14          The following statement was made for the record:

15                  MS. RAMAKRISHNAN:  We sent the notice of

16  deposition to the deponent, Miguel Guerra's counsel

17  notifying him of a deposition today, December 19th at

18  9:30 a.m.  We waited for Mr. Guerra to appear, and he

19  and his counsel did not appear for the deposition.

20                  (Marked Guerra Exhibit No. 1.)

21

22                          *  *  *  *  *

23

24

25

CERTIFICATE OF NONAPPEARANCE

1     Given under my hand and seal of office on this, the

2  21st day of December, 2013.

3

4

5

6  Patricia L. Fairley, CSR No.

6  Expiration Date:  12/31/15

7  Sunbelt Reporting & Litigation Services

7  (800) 666-0763



25  Job No. 115030