# EXHIBIT B

# Transcript of the Testimony of
# Miguel Guerra

**Date:**
February 7, 2014

**Case:**
Jose A. Virgen Magdaleno, et al v. PCM Construction Services, et al



ORIGINAL

Kim Tindall and Associates, LLC
Phone: 210-697-3400
Fax: 210-697-3408
Email: ktindall@ktanda.com
Internet: www.kimtindallandassociates.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

JOSE A. VIRGEN MAGDALENO, *
Individually and on Behalf
of all Others Similarity
Situated,

    Plaintiff,

v.                              * CIVIL ACTION NO. 4:12-cv-02862

PCM CONSTRUCTION SERVICES,         JURY DEMANDED
LLC, MIGUEL GUERRA
AND DAWNNA L. HOGAN-GUERRA

    Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CERTIFICATE OF NONATTENDANCE

FOR THE DEPOSITION OF

MIGUEL GUERRA

FEBRUARY 07, 2014

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

```
 1   THE STATE OF TEXAS:
 2
 3           I, Kimberly Keeler, a Certified Shorthand
 4   Reporter in and for the State of Texas, do hereby certify
 5   that a notice was issued to take the oral deposition of
 6   MIGUEL GUERRA on the 7th day of February, 2014, at the
 7   offices of Kennard Blankenship & Robinson, 5433 Westheimer
 8   Road, Houston, Texas, Harris County.
 9
10           On the 7th day of February, 2014, I was present
11   at the offices of Kennard Blankenship & Robinson at the
12   hour of 9:00 a.m. and did remain at said offices until the
13   hour of 9:30 a.m.  During the time between 9:00
14   a.m. and 9:30 a.m., the scheduled witness did not appear
15   to be deposed.
16
17           The above-mentioned notice is attached hereto.
18
19
20
21
22
23
24
25
```

```
 1
 2
 3          Certified to by me this 7th day of February, 2014.
 4
 5
 6
 7
                                 _____
 8                               Kimberly Keeler, CSR
                                 CSR Certificate Number: 8253
 9                               Expiration: December 31, 2014
                                 Firm Registration Number:   631
10                               Kim Tindall & Associates, LLC
                                 645 Lockhill-Selma, Suite 200
                                 San Antonio, Texas   78216
11                               (210)697-3400
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```