# EXHIBIT C

# Transcript of the Testimony of
# Miguel Guerra

**Date:**
March 4, 2014

**Case:**
Jose A. Virgen Magdaleno, et al v. PCM Construction Svcs, et al



ORIGINAL

Kim Tindall and Associates, LLC
Phone: 210-697-3400
Fax: 210-697-3408
Email: ktindall@ktanda.com
Internet: www.kimtindallandassociates.com

```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF TEXAS
                   HOUSTON DIVISION


JOSE A. VIRGEN MAGDALENO,   )
Individually and on         )
Behalf of all Others        )
Similarly Situated,         )
                            )
         Plaintiff,         )
                            )
V.                          ) CIVIL ACTION
                            ) NO.4:12-cv-02851
PCM CONSTRUCTION            )
SERVICES, LLC, MIGUEL       )
GUERRA AND DAWNNA L.        )
HOGAN-GUERRA                )
                            )
         Defendants.        )
```

-----------------------------------

CERTIFICATE OF NONAPPEARANCE OF

MIGUEL GUERRA

March 4, 2014

-----------------------------------

```
 1                    A P P E A R A N C E S
 2
 3    FOR THE PLAINTIFF:
 4       MS. AMANDA C. HERNANDEZ
         KENNARD BLANKENSHIP ROBINSON P.C.
 5       5433 Westheimer Road, Suite 825
         Houston Texas 77056
 6       713.742.0900
         713.742.0951 fax
 7       amanda.hernandez@kennardlaw.com
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    CERTIFICATE OF NONAPPEARANCE
 2        I, Janet G. Hoffman, a Certified Shorthand Reporter
 3   in and for the State of Texas, certify:
 4        That I appeared at the offices of Kennard
 5   Blankenship Robinson P.C., 5433 Westheimer Road, Suite
 6   825, on the 4th day of March, 2014, to report the
 7   deposition of Miguel Guerra, pursuant to the Notice,
 8   scheduled for 9:30 a.m.
 9        That by 10 a.m., Miguel Guerra had not appeared for
10   his deposition.  Present for the deposition was:
11             Ms. Amanda C. Hernandez
12        I further certify that I am neither employed nor
13   related to any attorney or party in this matter and have
14   no interest, financial or otherwise, in its outcome.
15        Given under my hand and seal of office on this the
16   4th day of March, 2014.
17
18
19                    _____
                      Janet G. Hoffman, CSR, No. 4209
20                    My Commission Expires:  12/01/15
21                    Kim Tindall & Associates
                      Firm Registration No. 631
22                    645 Lockhill-Selma, Suite 200
                      San Antonio, Texas 78216
23                    (210) 697-3400
24
25
```

### A
ACTION 1:7
Amanda 2:4 3:11
amanda.hernand... 2:7
Antonio 3:22
appeared 3:4,9
Associates 3:21
attorney 3:13
a.m 3:8,9

### B
Behalf 1:4
Blankenship 2:4 3:5

### C
C 2:1,4 3:11
CERTIFICATE 1:14 3:1
Certified 3:2
certify 3:3,12
CIVIL 1:7
Commission 3:20
CONSTRUCTI... 1:8
COURT 1:1
CSR 3:19

### D
DAWNNA 1:9
day 3:6,16
Defendants 1:10
deposition 3:7,10 3:10
DISTRICT 1:1,1
DIVISION 1:2

### E
E 2:1,1
employed 3:12
Expires 3:20

### F
fax 2:6
financial 3:14

Firm 3:21
further 3:12

### G
G 3:2,19
Given 3:15
Guerra 1:9,15 3:7 3:9

### H
hand 3:15
Hernandez 2:4 3:11
Hoffman 3:2,19
HOGAN-GUER... 1:9
Houston 1:2 2:5

### I
Individually 1:4
interest 3:14

### J
Janet 3:2,19
JOSE 1:3

### K
Kennard 2:4 3:4
Kim 3:21

### L
L 1:9
LLC 1:8
Lockhill-Selma 3:22

### M
MAGDALENO 1:3
March 1:16 3:6,16
matter 3:13
Miguel 1:8,15 3:7,9

### N
N 2:1
neither 3:12
NONAPPEARA...

1:14 3:1
Notice 3:7
NO.4:12-cv-02851 1:7

### O
office 3:15
offices 3:4
outcome 3:14

### P
P 2:1,1
party 3:13
PCM 1:8
Plaintiff 1:6 2:3
Present 3:10
pursuant 3:7
P.C 2:4 3:5

### R
R 2:1
Registration 3:21
related 3:13
report 3:6
Reporter 3:2
Road 2:5 3:5
Robinson 2:4 3:5

### S
S 2:1
San 3:22
scheduled 3:8
seal 3:15
SERVICES 1:8
Shorthand 3:2
Similarly 1:5
Situated 1:5
SOUTHERN 1:1
State 3:3
STATES 1:1
Suite 2:5 3:5,22

### T
Texas 1:1 2:5 3:3 3:22
Tindall 3:21

### U
UNITED 1:1

### V
V 1:7
VIRGEN 1:3

### W
Westheimer 2:5 3:5

### 1
10 3:9
12/01/15 3:20

### 2
200 3:22
2014 1:16 3:6,16
210 3:23

### 4
4 1:16
4th 3:6,16
4208 3:19

### 5
5433 2:5 3:5

### 6
631 3:21
645 3:22
697-3400 3:23

### 7
713.742.0900 2:6
713.742.0951 2:6
77056 2:5
78216 3:22

### 8
825 2:5 3:6

### 9
9:30 3:8