# EXHIBIT E

# INVOICE

Sunbelt Reporting & Litigation Services
6575 West Loop South, Suite 580
Bellaire, TX  77401
Phone:713-667-0763   Fax:713-661-3838

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 178634 | 12/23/2013 | 115030 |

| Job Date | Case No. |
|---|---|
| 12/19/2013 | 4:12-CV-02862 |

| Case Name |
|---|
| JOSE A. VIRGEN MAGDALENO, ET AL V. PCM CONSTRUCTION SERVICES, LLC, ET AL |

| Payment Terms |
|---|
| Due upon receipt |

Lakshmi Ramakrishnan
Kennard Blankenship & Robinson, PC
5433 Westheimer Rd., Suite 825
Houston, TX  77056

Charge for Certificate of Non-Appearance for the Deposition of:

    MIGUEL GUERRA                                                  202.00

    (TAXABLE  $172.00)

                                     TOTAL DUE  >>>       **$202.00**

                                     AFTER 1/22/2014  PAY    $222.20

INVOICE(S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

WE APPRECIATE YOUR BUSINESS.

**Tax ID:** 76-0119034                                   Phone: 713.742.0900   Fax:713.742.0951

*Please detach bottom portion and return with payment.*

Lakshmi Ramakrishnan
Kennard Blankenship & Robinson, PC
5433 Westheimer Rd., Suite 825
Houston, TX  77056

Job No.    : 115030        BU ID      :01-H Depo
Case No.   : 4:12-CV-02862
Case Name  : JOSE A. VIRGEN MAGDALENO, ET AL V. PCM CONSTRUCTION SERVICES, LLC, ET AL

Invoice No.  : 178634      Invoice Date  :12/23/2013

**Total Due  : $ 202.00**
AFTER 1/22/2014  PAY  $222.20

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **Sunbelt Reporting & Litigation Services**
          **6575 West Loop South, Suite 580**
          **Bellaire, TX  77401**

Exhibit E

# INVOICE



**645 Lockhill Selma
Suite 200
San Antonio, TX 78216**

**210-697-3400
210-697-3408**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 21618 | 2/19/2014 | 16527 |
| **Job Date** | **Case No.** | |
| 2/7/2014 | 4:12-CV-02862 | |
| **Case Name** | | |
| Jose A. Virgen Magdaleno, et al vs. PCM Construction Services, et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ms. Amanda C. Hernandez
Kennard, Blankenship, Robinson, P.C.
5433 Westheimer Rd. Suite 825
Houston TX 77056

| | | | | |
|---|---|---|---|---|
| Miguel Guerra | | | | |
|    Certificate of Nonappearance (Includes Appearance Fee) | 1.00 | @ | 245.00 | 245.00 |
| Dawnna Guerra | | | | |
|    Certificate of Nonappearance (Includes Appearance Fee) | 1.00 | @ | 245.00 | 245.00 |
|    Delivery Charges | 1.00 | @ | 15.00 | 15.00 |
| | **TOTAL DUE >>>** | | | **$505.00** |

Tax ID: 80-034-4752                                    Phone: 713-742-0900   Fax:713-742-0951

*Please detach bottom portion and return with payment.*

Ms. Amanda C. Hernandez
Kennard, Blankenship, Robinson, P.C.
5433 Westheimer Rd. Suite 825
Houston TX 77056

| | | | |
|---|---|---|---|
| Job No. | : 16527 | BU ID | : Houston |
| Case No. | : 4:12-CV-02862 | | |
| Case Name | : Jose A. Virgen Magdaleno, et al vs. PCM Construction Services, et al | | |
| Invoice No. | : 21618 | Invoice Date | : 2/19/2014 |
| **Total Due** | **: $505.00** | | |

Remit To:   **Kim Tindall & Associates, LLC
645 Lockhill Selma, Suite 200
San Antonio TX 78216**

**PAYMENT WITH CREDIT CARD**                    AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                        Phone#:

Billing Address:

Zip:                Card Security Code:

Amount to Charge:

Cardholder's Signature:

Exhibit E

# I N V O I C E



**645 Lockhill Selma
Suite 200
San Antonio, TX  78216**

**210-697-3400
210-697-3408**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 22022 | 3/19/2014 | 16921 |

| Job Date | Case No. | |
|---|---|---|
| 3/4/2014 | 4:12-CV-02862 | |

| Case Name | | |
|---|---|---|
| Jose A. Virgen Magdaleno, et al vs. PCM Construction Services, et al | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Ms. Amanda C. Hernandez
Kennard, Blankenship, Robinson, P.C.
5433 Westheimer Rd. Suite 825
Houston TX  77056

| | | | | | |
|---|---|---|---|---|---|
| Miguel Guerra | | | | | |
| Certificate of Nonappearance (Includes Appearance Fee) | 1.00 | @ | 245.00 | | 245.00 |
| Delivery Charges | 1.00 | @ | 15.00 | | 15.00 |
| | **TOTAL DUE >>>** | | | | **$260.00** |

**Tax ID: 80-034-4752**

Phone: 713-742-0900   Fax:713-742-0951

*Please detach bottom portion and return with payment.*

Ms. Amanda C. Hernandez
Kennard, Blankenship, Robinson, P.C.
5433 Westheimer Rd. Suite 825
Houston TX  77056

| | | | |
|---|---|---|---|
| Job No. | : 16921 | BU ID | : Houston |
| Case No. | : 4:12-CV-02862 | | |
| Case Name | : Jose A. Virgen Magdaleno, et al vs. PCM Construction Services, et al | | |
| Invoice No. | : 22022 | Invoice Date | : 3/19/2014 |
| **Total Due** | : **$260.00** | | |

**PAYMENT WITH CREDIT CARD**   AMEX MasterCard VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:   **Kim Tindall & Associates, LLC
645 Lockhill Selma, Suite 200
San Antonio TX  78216**

Exhibit E

# INVOICE



645 Lockhill Selma
Suite 200
San Antonio, TX  78216

210-697-3400
210-697-3408

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 22043 | 3/19/2014 | 17135 |
| **Job Date** | **Case No.** | |
| 3/7/2014 | 4:12-CV-02862 | |
| **Case Name** | | |
| Jose A. Virgen Magdaleno, et al vs. PCM Construction Services, et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ms. Amanda C. Hernandez
Kennard, Blankenship, Robinson, P.C.
5433 Westheimer Rd. Suite 825
Houston TX  77056

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Miguel Guerra | | 83.00 | Pages | @ 4.55 | 377.65 |
| Lit-Stik,Word Index, Admin, Bindery and Delivery | | 1.00 | | @ 145.00 | 145.00 |
| | | **TOTAL DUE >>>** | | | **$522.65** |

Taken in Houston, Texas

Tax ID: 80-034-4752

Phone: 713-742-0900   Fax:713-742-0951

*Please detach bottom portion and return with payment.*

Ms. Amanda C. Hernandez
Kennard, Blankenship, Robinson, P.C.
5433 Westheimer Rd. Suite 825
Houston TX  77056

| | | | |
|---|---|---|---|
| Job No. | : 17135 | BU ID | : Houston |
| Case No. | : 4:12-CV-02862 | | |
| Case Name | : Jose A. Virgen Magdaleno, et al vs. PCM Construction Services, et al | | |
| Invoice No. | : 22043 | Invoice Date | : 3/19/2014 |
| **Total Due** | : **$522.65** | | |

Remit To:   **Kim Tindall & Associates, LLC**
            **645 Lockhill Selma, Suite 200**
            **San Antonio TX  78216**

**PAYMENT WITH CREDIT CARD**   AMEX  MASTERCARD  VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Exhibit E