IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE A. VIRGEN MAGDALENO, Individually and on Behalf of all Others Similarly Situated, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-12-2862 |
| PCM CONSTRUCTION SERVICES, LLC, MIGUEL GUERRA, and DAWNNA L. HOGAN-GUERRA, | § § § § | |
| Defendants. | § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having conducted a de novo review of the Magistrate Judge's Memorandum and Recommendation on Arbitration (Docket No. 92) taking into consideration Defendants' Motion for Review and Objection(s) to Magistrate Judge's Recommendation and Request for Stay (Docket No. 93) and Plaintiffs' response thereto (Docket No. 98), the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court.

The court also reviewed Defendants' Motion for Review and Objection(s) to Magistrate Judge's Recommendation and Order (Docket No. 74), in which Defendants objected to the Magistrate Judge's ruling of January 29, 2014, deferring consideration of Defendants' Motion to Compel Arbitration and Stay Lawsuit Pending Arbitration

and ordering that discovery be completed. The court **OVERRULES** the objections.

    **SIGNED** at Houston, Texas, this __1st__ day of May, 2014.

                                                    SIM LAKE
                                        UNITED STATES DISTRICT JUDGE